HUNTON ANDREWS KURTH LLP
M. BRETT BURNS (State Bar No. 256965)
KAREN EVANS (State Bar No. 197046)
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 510 • 975 • 3700
Facsimile: 510 • 975 • 3701

Attorneys for Defendants,
Lowe's Home Centers, LLC
and Robert Visser


Lawrence W. Freiman, Esq. (SBN 288917)
lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603

Counsel for Plaintiff
Diana Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; ROBERT VISSER; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:18-CV-03209-MCE-KJN<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY, EXPERT AND DISPOSITIVE MOTION DEADLINES** |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**EXPERT DISCOVERY AND FACT DISCOVERY DISPUTE DEADLINES**

**Hunton Andrews Kurth LLP**
50 California Street, Suite 1700
San Francisco, California 94111

### I. INTRODUCTION

The Parties, Plaintiff Diana Gutierrez, ("Plaintiff") and Defendants Lowe's Home Centers LLC, and Robert Visser (collectively "Defendants"), through their respective attorneys of record, hereby jointly stipulate to, and request the Court's approval to extend the fact discovery cut off by one and a half months to allow for the difficulty of scheduling depositions during holidays, and to extend the other court imposed deadlines, accordingly. This is the first and only request by counsel to extend any deadlines in this matter.

### II. RECITALS/GROUNDS FOR RELIEF

Pursuant to Rule 16, a party may seek modification of a scheduling order, including modification of a discovery cut-off date, "only for good cause and with a judge's consent." Fed. R. Civ. P. 16(b)(4). "Good cause" exists only when a scheduling deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Schafferner v. Crown Equip. Corp.*, No. C09-00284 SBA, 2011 WL 6303408, at *2 (N.D. Cal. Dec. 16, 2011) (*citing Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609, (9th Cir. 1992). A party may establish good cause by showing:

> that [he or she] was diligent in assisting the court in creating a workable Rule 16 order; (2) that [he or she] noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding [his or her] diligent efforts to comply, because of the development of matters which could not have been reasonable foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) that [he or she] was diligent in seeking amendment of the Rule 16 order, once it became apparent that he or she could not comply with the order.

*Hood v. Hartford Life & Accident Inc., Co*., 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008) (citation omitted).

WHEREAS on December 17, 2018, this Court issued a scheduling order setting certain case deadlines, including that:

- the deadline to complete all fact discovery is 365 days after the federal case was opened (or December 16, 2019);
- the deadline to disclose expert witnesses is 60 days after the close of discovery (or February 14, 2020);

2
STIPULATION AND [PROPOSED] ORDER

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

1.     • the deadline to disclose rebuttal expert witnesses is 30 days after the disclosure of expert witnesses (or March 13, 2020);
2.     • the deadline to file dispositive motions is 180 days after the close of non-expert discovery (or June 15, 2020).

WHEREAS Plaintiff served a Notice of Depositions for many deponents on October 8, 2019 and the parties have diligently been attempting to schedule depositions. However, they have been unable to schedule all of the depositions prior to December 16, 2019, due to unavailability of key witnesses and counsel due to the holidays and due to the fact that some witnesses sought to be deposed reside out of state, including Defendant Robert Visser;

WHEREAS the parties thus seek a short continuance of all deadlines in order to accommodate the witnesses and both counsel's schedules;

WHEREAS the parties may pursue settlement discussions either before or after the anticipated depositions and the parties believe that taking these depositions will help facilitate settlement.

THEREFORE, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

1. To set the deadline to complete all fact discovery by January 31, 2020;
2. To set the deadline for expert designations to March 31, 2020;
3. To set the deadline for designations of rebuttal experts to April 30, 2020; and
4. To set the deadline for the filing of dispositive motions to July 29, 2020.

The parties respectfully request that the Court adopt the parties' stipulation and extend the discovery and expert disclosure deadlines as set forth herein.

**SO STIPULATED.**

DATED: November 20, 2019                          HUNTON ANDREWS KURTH LLP

                                                    By:       /s/M. Brett Burns
                                                                                 M. Brett Burns
                                                                                 Karen Jennings Evans
                                                                                 Attorneys for Defendants
                                                                                 Lowe's Home Centers, LLC

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

DATED: November 20, 2019                    FREIMAN LEGAL

By: \_\_\_\_/s/ Lawrence W. Freiman_____
Lawrence W. Freiman (authorizing e-filing to Karen Evans on Nov. 19, 2019)
Attorneys for Plaintiff
Diana Gutierrez

## **ORDER**

The Stipulation of the Parties is accepted and the deadline to complete all fact discovery is January 31, 2020. The deadline for expert designations is extended up to and including March 31, 2020. The deadline for designations of rebuttal experts is extended up to and including April 30, 2020. The deadline for filing dispositive motions is extended up to and including July 29, 2020.

IT IS SO ORDERED.

DATED: November 26, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE